■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES KNOWLES, Appellant.— Order of the Supreme Court, Kings County, dated June 5, 1968, affirmed. No opinion. Judgment of the Supreme Court, Kings County, rendered July 22, 1970 on resentence, modified by reducing the resentence from 30 years to life to 20 years to life, nunc pro tunc as of November

30, 1955, the original sentence date. In our opinion the interests of justice require reduction of the resentence as herein granted. Munder, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.